IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:12-CV-163-FL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>CLAUDIO PERSONAL PROPERTY,<br>SPECIFICALLY DESCRIBED AS:<br>A WINCHESTER SHOTGUN, MODEL 1300,<br>12 GAUGE, SERIAL NUMBER L2479573;<br>A HARRINGTON AND RICHARDSON<br>SHOTGUN, MODEL PARDNER, .410 GAUGE,<br>SERIAL NUMBER HX209138;<br>A WINCHESTER RIFLE, MODEL 94,<br>30-30 CALIBER, SERIAL NUMBER 4641455;<br>A NORINCO RIFLE, MODEL SKS,<br>7.62 CALIBER, SERIAL NUMBER 1516103;<br>A MOSIN-NAGANT RIFLE, MODEL 27,<br>7.62 CALIBER, SERIAL NUMBER 77096;<br>A MOSIN-NAGANT RIFLE, MODEL 27,<br>7.62 CALIBER, SERIAL NUMBER 75734;<br>A MOSIN-NAGANT RIFLE, MODEL 27,<br>7.62 CALIBER, SERIAL NUMBER 80073;<br>A MARLIN FIREARMS COMPANY RIFLE,<br>MODEL 60, .22 CALIBER, SERIAL NUMBER<br>12518008;<br>A SAVAGE ARMS INC. RIFLE,<br>MODEL MARK II, .22 CALIBER, SERIAL<br>NUMBER 1005416;<br>A CESKA ZBROJOVKA RIFLE, MODEL CZ52,<br>7.62 CALIBER, SERIAL NUMBER E11777;<br>A SMITH & WESSON SHOTGUN,<br>MODEL EASTFIELD 916, 12 GAUGE, SERIAL<br>NUMBER B91796;<br>A SMITH & WESSON HANDGUN, MODEL SW9V,<br>9MM, SERIAL NUMBER PAY2652;<br>AND ANY AND ALL ACCOMPANYING<br>AMMUNITION,<br><br>        Defendants. | <br><br><br><br><br><br>**DEFAULT** |

1

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 11th day of September, 2013.

_Julie A. Richards_
JULIE A. RICHARDS
Clerk, United States District Court

2