IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:12-CV-163-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFAULT JUDGMENT** |
| ) | |
| CLAUDIO PERSONAL PROPERTY, ) | |
| SPECIFICALLY DESCRIBED AS: ) | |
| A WINCHESTER SHOTGUN, MODEL 1300, ) | |
| 12 GAUGE, SERIAL NUMBER L2479573; ) | |
| A HARRINGTON AND RICHARDSON ) | |
| SHOTGUN, MODEL PARDNER, .410 GAUGE, ) | |
| SERIAL NUMBER HX209138; ) | |
| A WINCHESTER RIFLE, MODEL 94, ) | |
| 30-30 CALIBER, SERIAL NUMBER 4641455;) | |
| A NORINCO RIFLE, MODEL SKS, ) | |
| 7.62 CALIBER, SERIAL NUMBER 1516103; ) | |
| A MOSIN-NAGANT RIFLE, MODEL 27, ) | |
| 7.62 CALIBER, SERIAL NUMBER 77096; ) | |
| A MOSIN-NAGANT RIFLE, MODEL 27, ) | |
| 7.62 CALIBER, SERIAL NUMBER 75734; ) | |
| A MOSIN-NAGANT RIFLE, MODEL 27, ) | |
| 7.62 CALIBER, SERIAL NUMBER 80073; ) | |
| A MARLIN FIREARMS COMPANY RIFLE, ) | |
| MODEL 60, .22 CALIBER, SERIAL NUMBER ) | |
| 12518008; ) | |
| A SAVAGE ARMS INC. RIFLE, ) | |
| MODEL MARK II, .22 CALIBER, SERIAL ) | |
| NUMBER 1005416; ) | |
| A CESKA ZBROJOVKA RIFLE, MODEL CZ52, ) | |
| 7.62 CALIBER, SERIAL NUMBER E11777; ) | |
| A SMITH & WESSON SHOTGUN, ) | |
| MODEL EASTFIELD 916, 12 GAUGE, SERIAL) | |
| NUMBER B91796; ) | |
| A SMITH & WESSON HANDGUN, MODEL SW9V,) | |
| 9MM, SERIAL NUMBER PAY2652; ) | |
| AND ANY AND ALL ACCOMPANYING ) | |
| AMMUNITION, ) | |
| ) | |
| Defendants. ) | |

1

This matter is before the Court on Plaintiff's Motion for Default Judgment.  It appearing that a copy of the Complaint herein was served upon the potential claimant of the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

    1.  Process was duly issued in this cause and the defendants were duly seized by the Bureau of Alcohol, Tobacco, Firearms and Explosives pursuant to said process;

    2.  Although Paul Claudio, appearing *pro se,* has made an appearance and filed a Motion which was denied by this Court, he has filed neither claim nor answer in this proceeding, and no other entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

    3.  The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

    Based upon the above findings, it is hereby

    ORDERED AND ADJUDGED that:

    1.  Default judgment be and the same is hereby entered against the defendants;

    2.  All persons claiming any right, title, or interest in or to the said defendants are held in default;

3.  The defendants are forfeited to the United States of America; and

4.  The Bureau of Alcohol, Tobacco, Firearms and Explosives is hereby directed to dispose of the defendants according to law, including destruction.

SO ORDERED this 12th day of September, 2013.

*[signature]*

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

3

Case 4:12-cv-00163-FL   Document 20   Filed 09/12/13   Page 3 of 3